UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:   Vincent M & Megan M Argall                              Case No. 24-10766-13

Debtor(s)

---

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

---

Mark Harring, Standing 13 Trustee, by his attorney, objects to confirmation of the First Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #31 on 6/11/2024 and states as follows:

1. Plan is amended to reduce plan payments to $450/mo for the first two months, increasing to $730/mo for the final 36 months of a now 38 month plan. We note the original budget filed in this case supports plan payments of $1798.71/mo with no Social Security or other exempt income.

2. Plan is amended to adjust treatment of attorney fees with a balance due of $3184 and equal monthly payments of $84/mo.

3. Plan is amended to adjust treatment of the secured obligation due Harley Davidson Credit Corp with a balance of $6800, interest rate of 8.5% and adequate protection/equal monthly payments of $205/mo. In passing we note the bar date runs 6/27/2024 and as of today no claim has been filed.

4. Plan is amended to adjust treatment of the secured obligation due Marine Credit Union with a value of $6324, interest rate of 8.5% and adequate protection/equal monthly payments of $191/mo.

5. Plan is amended to adjust treatment of the secured obligation due One Main Financial with a value of $3676, interest rate of 8.5% and adequate protection/equal monthly payments of $115/mo.

6. Plan is amended to provide for surrender of a 2018 Buick Enclave to Ally Financial.

7. Plan is amended to include a Nonstandard Provision indicating the debtors will deposit funds into a separately held trust account with Krekeler Law, S.C. and the plan payments will be paid on a monthly basis, presumably by Krekeler Law staff. We note as of 6/4/2024 the debtor's employer has made weekly payments so the change of payment method does not seem necessary.

Dated: June 20, 2024

                                           Standing Chapter 13 Trustee

                                           By: /s/ *Leslie Brodhead Griffith*

                                           Leslie Brodhead Griffith
                                           Attorney for Trustee
                                           122 W Washington Ave, Suite 500
                                           Madison, WI   53703-2758
                                           (608) 256-4320